Case 7:23-cv-00092   Document 19   Filed on 09/19/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
September 19, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ABRAM URESTI GARZA, <br> G-562-22 <br><br> Plaintiff, <br><br> VS. <br><br> J.E. EDDIE GUERRA, *et al.*, <br><br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. 7:23-CV-092 |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DISMISSAL

The Court has reviewed the magistrate judge's Report and Recommendation regarding Plaintiff Abram Uresti Garza's civil rights action pursuant to 42 U.S.C. § 1983. After having reviewed the said Report and Recommendation, and no objections having been filed by the plaintiff, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED**, **ADJUDGED** and **DECREED** that the conclusions in United States Magistrate Judge Nadia S. Medrano's Report and Recommendation entered as Docket Entry No. 18 are hereby adopted by this Court.

FURTHER, the Court, having adopted the magistrate judge's conclusions, is of the opinion that the plaintiff's civil rights action is **DISMISSED** without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure, and this case is **CLOSED**.

The Clerk shall send a copy of this Order to the plaintiff.

SO ORDERED September 19, 2024, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge